IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ellis, Lisa L | Case Number: 07 B 09528 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 7/22/08 | Filed: 5/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 11, 2008
Confirmed: July 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,894.61 |  |
| Secured: |  | 473.32 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,264.77 |
| Trustee Fee: |  | 156.52 |
| Other Funds: |  | 0.00 |
| Totals: | 2,894.61 | 2,894.61 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,434.00 | 2,264.77 |
| 2. | Sterling Automotive | Secured | 1,621.26 | 217.28 |
| 3. | Cook County Treasurer | Secured | 4,306.00 | 203.54 |
| 4. | City Of Chicago | Secured | 402.97 | 52.50 |
| 5. | HSBC Mortgage Services | Secured | 7,200.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 2,217.06 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 726.02 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 37.40 | 0.00 |
| 9. | Sterling Automotive | Unsecured | 2.73 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 30.29 | 0.00 |
| 11. | Aspire Visa | Unsecured | 99.15 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 139.76 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 21.32 | 0.00 |
| 14. | Majestic Star Casino | Unsecured |  | No Claim Filed |
| 15. | Allied Cash Advance | Unsecured |  | No Claim Filed |
| 16. | AT&T | Unsecured |  | No Claim Filed |
| 17. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
| 18. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 19. | Professional Account Management | Unsecured |  | No Claim Filed |
| 20. | MCS | Unsecured |  | No Claim Filed |
| 21. | One Iron Ventures | Unsecured |  | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 23. | Monitronics | Unsecured |  | No Claim Filed |
| 24. | All Credit Lenders | Unsecured |  | No Claim Filed |
| 25. | Sears / Citibank SD | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ellis, Lisa L | Case Number: 07 B 09528 |
|---|---|
| | Judge: Squires, John H |
| Printed: 7/22/08 | Filed: 5/25/07 |

| 26. | TCF Bank | Unsecured | | No Claim Filed |
| 27. | Uptown Cash | Unsecured | | No Claim Filed |
| 28. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,237.96 | $ 2,738.09 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 155.49 |
| 6.5% | 1.03 |
| | _____ |
| | $ 156.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

